```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF TENNESSEE
                      WESTERN DIVISION
```

|  |  |
|---|---|
| LAKENDUS COLE and LEON EDMOND, individually and as representatives of all others similarly situated, | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | )    13-cv-02117-JPM-dkv |
| CITY OF MEMPHIS; and ROBERT FORBERT, SAMUEL HEARN, CHRISTOPHER BING, JOHN FAIRCLOTH, CARI COOPER, and ROBERT SKELTON, individually and in their official capacities as City of Memphis police officers, | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**ORDER GRANTING IN PART AND DENYING IN PART
DEFENDANT CHRISTOPHER BING'S MOTION TO DISMISS**

Before the Court is Christopher Bing's ("Bing") Motion to Dismiss, filed May 16, 2013. (ECF No. 12.) Plaintiffs Lakendus Cole and Leon Edmond responded in opposition on May 28, 2013. (ECF No. 13.)

For the reasons set forth in this Court's Order of June 4, 2013 (ECF No. 22), Bing's Motion to Dismiss is GRANTED IN PART as to Plaintiffs' substantive due-process claim under the Fourteenth Amendment; and DENIED IN PART as to all other claims against Bing. Accordingly, Plaintiffs' substantive due-process

claim arising under the Fourteenth Amendment is DISMISSED as to Defendant Bing.

    **SO ORDERED** this 6th day of June, 2013.

                                            s/ Jon P. McCalla
                                            JON P. McCALLA
                                            CHIEF U.S. DISTRICT JUDGE